SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Bryan Ehlers, et al,<br><br>          Defendants | Case No.: CIV.S 10-cv-03294-WBS-DAD<br><br>**STIPULATED DISMISSAL OF DEFENDANT BRYAN EHLERS AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: DECEMBER 8, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant, Bryan Ehlers, by and through their designated Counsel of record (Scott N. Johnson; Randy Thomas) that Defendant (Bryan Ehlers) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

DISABLED ACCESS PREVENTS INJURY, INC.

Dated: February 7, 2011           /s/Scott N. Johnson_____
                                  SCOTT N. JOHNSON
                                  Attorney for Plaintiff

Dated: February 8, 2011           /s/Randy Thomas_____
                                  RANDY THOMAS
                                  Attorney for Defendants

**IT IS SO ORDERED** that Defendant, Bryan Ehlers, is hereby dismissed WITH PREJUDICE pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.

Dated:   February 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATED DISMISSAL and Proposed ORDER              CIV: S-10-03294-WBS-DAD